EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI  #1528
First Assistant U.S. Attorney

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: lou.bracco@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 07 2003

at 3 o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII  CR03 00221 HG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-1-18 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | (21 U.S.C. § 846) |
| MICHAEL FARINAS,       (01) ) | |
| ELMER FARINAS,         (02) ) | |
| Defendants. ) | |

I N D I C T M E N T

The Grand Jury charges that:

A.  General Allegations

From a time unknown but by November 1999 and continuing to at least October 22, 2001, in the District of Hawaii and elsewhere,

MICHAEL FARINAS and

ELMER FARINAS,

defendants herein, willfully conspired together with each other and with other persons known and unknown to the grand jury, to distribute and to possess with intent to distribute, in excess of 50 grams of methamphetamine, its salts, isomers, and salts of its isomers (a Schedule II controlled substance), in violation of Title 21, United States Code, Section 841(a)(1).

   B.   <u>Manner and Means of the Conspiracy</u>

It was the objective of this conspiracy that pound quantities of methamphetamine would be obtained on the U.S. mainland on an ongoing basis, and transported to the State of Hawaii to be distributed in Hawaii. The conspirators intended that the methamphetamine obtained on the mainland would physically be transported to Hawaii by drug courier(s) travelling via commercial airlines.

In furtherance and during the existence of this conspiracy, MICHAEL and ELMER FARINAS participated in the conspiracy as follows:

   1.   MICHAEL and ELMER FARINAS recruited "couriers" in Hawaii, who agreed to transport U.S. currency from Hawaii to the U.S. mainland, and upon return, transport pound quantities of methamphetamine from the U.S. mainland to Hawaii.

   2.   MICHAEL and ELMER FARINAS provided U.S. currency to "couriers" in Hawaii for delivery to methamphetamine "sources" on the U.S. mainland. From time to time, MICHAEL and ELMER FARINAS also caused U.S. currency to be wire-transferred

from Hawaii to the U.S. mainland, in order to pay for "courier" expenses, or, to be provided to mainland methamphetamine "sources."

    3.    MICHAEL and ELMER FARINAS received pound quantities of methamphetamine in Hawaii from returning "couriers," and, thereafter provided the methamphetamine to others in Hawaii.

All in violation of Title 21, United States Code, Sections 846.

DATED: ___5/7/03___, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_(signed)_
ELLIOT ENOKI
First Assistant U.S. Attorney

_(signed)_
LOUIS A. BRACCO
Assistant U.S. Attorney